JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMIKA N. THIRSTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 5:24-cv-00816-SK<br><br>**JUDGMENT** |

　　It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: September 25, 2025

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE